United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-17148-amc
Harry Kirby                                                               Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Virginia    Page 1 of 2    Date Rcvd: Jul 18, 2016
                       Form ID: pdf900    Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2016.
```
db              +Harry Kirby,    5301 Diamond Street,     Philadelphia, PA 19131-2322
13608927        +Bank of America,    Attn: Correspondence Unit/CA6-919-02-41,    PO Box 5170,
                  Simi Valley, CA 93062-5170
13709248         Bank of America, N.A.,    PO Box 31785,    Tampa, FL 33631-3785
13608929        +Capital One,    Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
13608930        +Cavalry SPV II,    c/o Schachter Portnoy LLC,    3490 U.S. Route 1,    Princeton, NJ 08540-5920
13608931      ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN 55101-1311
                 (address filed with court:  Ditech Financial Llc,    332 Minnesota St Ste 610,
                  Saint Paul, MN 55101)
13639658         Ditech Financial LLC,    PO BOX 6154,    Rapid City, SD 57709-6154
13608933        +John L. McClain and Associates,    PO Box 123,    Narberth, PA 19072-0123
13677893        +Midland Credit Management Inc as agent for,    MIDLAND FUNDING LLC,    PO Box 2011,
                  Warren MI 48090-2011
13608934        +Officer Cecil E. Canady St.,,    PO Box 867,    Mt. Laurel, NJ 08054-0867
13608935        +P H E A A/h C B,    AES/DDB,    Po Box 8183,    Harrisburg, PA 17105-8183
13645142        +PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: bankruptcy@phila.gov Jul 19 2016 01:56:25     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 19 2016 01:56:01      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13694442        +E-mail/Text: bankruptcy@phila.gov Jul 19 2016 01:56:25
                  CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT,     BANKRUPTCY GROUP - MSB,
                  1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,    PHILADELPHIA, PA 19102-1617
13608928        +E-mail/Text: bankruptcy@cavps.com Jul 19 2016 01:55:57     Calvary Portfolio Services,
                  Attention:  Bankruptcy Department,    500 Summit Lake Dr. Suite 400,    Valhalla, NY 10595-1340
13618315        +E-mail/Text: bankruptcy@cavps.com Jul 19 2016 01:55:57     Cavalry SPV I, LLC,
                  500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13621753        +E-mail/Text: bankruptcy@cavps.com Jul 19 2016 01:55:57     Cavalry SPV II, LLC,
                  500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13608937         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 19 2016 02:03:21
                  Portfolio Recovery,    Attn: Bankruptcy,    PO Box 41067,    Norfolk, VA 23541
13635003         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 19 2016 01:55:31
                  Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                  Harrisburg, PA  17128-0946
13608936        +E-mail/Text: nod.referrals@fedphe.com Jul 19 2016 01:54:58      Phelan, Hallinan & Schmieg, LLP,
                  1617 JFK Boulevard, Ste 1400,    Philadelphia, PA 19103-1814
                                                                                               TOTAL: 9
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
13608932*       +Harry Kirby,    5301 Diamond Street,    Philadelphia, PA 19131-2322
                                                                                 TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: Virginia            Page 2 of 2                  Date Rcvd: Jul 18, 2016
                              Form ID: pdf900           Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2016 at the address(es) listed below:
```
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    BANK OF AMERICA, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com
              JOHN L. MCCLAIN    on behalf of Debtor Harry  Kirby aaamcclain@aol.com,  edpabankcourt@aol.com
              JONATHAN WILKES CHATHAM     on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy7@pa.gov
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 6
```

Case 15-17148-amc    Doc 45    Filed 07/20/16    Entered 07/21/16 01:19:06    Desc Imaged
Certificate of Notice    Page 2 of 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
Kirby, Harry
Debtor : 15-17148 amc

## "AMENDED" ORDER

Upon consideration of the Application for Compensation and Reimbursement of Expenses for John L. McClain, counsel for Debtor (the "Application"), and upon Counsel for Debtor's request to retain jurisdiction at the Motion to Dismiss hearing on July 5, 2016 IT IS ORDERED THAT: The July 6, 2016 order is vacated.

1. The case is dismissed and any wage orders are hereby VACATED.

2. Pursuant to 11 U.S.C. §349(b)(3), the undistributed, pre-confirmation chapter 13 plan payments held by the chapter 13 trustee shall not revest in the Debtors or any other entity pending further order of this court.

3. A hearing shall be held on July 26, 2016, at 11:00 AM in Bankruptcy Courtroom No. 5, U.S. Courthouse, 901 Market Street, Philadelphia, PA to consider the Application.

4. Any other party who asserts an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. §503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

5. Counsel for Debtors shall serve a copy of this Order on all creditors and interested parties and file a Certification of Service on or before July 20, 2016.

7/1/16

Honorable Ashely M. Chan
United States Bankruptcy Judge

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Kirby, Harry
5301 Diamond Street
Philadelphia, PA 19131

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106