United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Harry Kirby
            Debtor

Case No. 15-17148-amc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 1          Date Rcvd: Jul 18, 2016
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2016.
db              +Harry Kirby,    5301 Diamond Street,    Philadelphia, PA 19131-2322

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2016                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2016 at the address(es) listed below:
          JILL  MANUEL-COUGHLIN    on behalf of Creditor    BANK OF AMERICA, N.A. jill@pkallc.com,
          chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com
          JOHN L. MCCLAIN    on behalf of Debtor Harry  Kirby aaamcclain@aol.com,  edpabankcourt@aol.com
          JONATHAN WILKES CHATHAM    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy7@pa.gov
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                          TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                          : Chapter 13
    Kirby, Harry
       Debtor                          : 15-17148 amc

"AMENDED" ORDER

    Upon consideration of the Application for Compensation and Reimbursement of
Expenses for John L. McClain, counsel for Debtor (the "Application"), and upon Counsel for
Debtor's request to retain jurisdiction at the Motion to Dismiss hearing on ~~July 5, 2016~~
IT IS ORDERED THAT: *The July 6, 2016 order is vacated.*

1.     The case is dismissed and any wage orders are hereby VACATED.

2.     Pursuant to 11 U.S.C. §349(b)(3), the undistributed, pre-confirmation chapter 13
plan payments held by the chapter 13 trustee shall not revest in the Debtors or
any other entity pending further order of this court.

3.     A hearing shall be held on _July 26 2016_, at _11:00 Am_
in Bankruptcy Courtroom No. 5, U.S. Courthouse, 901 Market Street,
Philadelphia, PA to consider the Application.

4.     Any other party who asserts an entitlement to the allowance of an administrative
expense pursuant to 11 U.S.C. §503(b) shall file its request with the court and
serve all creditors in accordance with the applicable rules of court no later than
five (5) days before the hearing date set forth in Paragraph 3 above.

5.     Counsel for Debtors shall serve a copy of this Order on all creditors and
interested parties and file a Certification of Service on or before
_July 20, 2016_.

                    7/18/16            _____
                                       Honorable Ashely M. Chan
                                     United States Bankruptcy Judge

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Kirby, Harry
5301 Diamond Street
Philadelphia, PA 19131

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106