**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                              : Chapter 13

**Kirby, Harry**
      **Debtor**                                            :        15-17148 amc

## CERTIFICATE OF SERVICE

     I certify that on  July 20, 2016 , the standing trustee and all creditors of the debtor at their addresses as shown in the schedules accompanying the debtor's petition were served  a copy of the Amended Order Dated July 18, 2016 Dismissing Debtor's Case by way of ECF or by first class regular U.S. mail.

Dated: July 22, 2016

                                             _"/s/" Mitchell J. Prince
                                             John L. McClain, Esquire
                                             Mitchell J. Prince, Esquire
                                             Attorneys for debtor

John L. McClain and Associates
PO Box 123
Narberth, PA 19072