**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: HARRY KIRBY

: CHAPTER 13
:
:
**DEBTOR    (S)**    :   BANKRUPTCY NO 15-17148 AMC

**P R A E C I P E TO WITHDRAW**

Kindly withdraw the standing Trustee's FINAL REPORT AND ACCOUNT in the above Captioned Chapter 13 Bankruptcy case. Docket entry# 51

Respectfully submitted,

Date: September 16, 2016

/s/William C. Miller, Esquire
William C. Miller, Esquire
Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA  19107